KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
LINDSAY L. CLAYTON
ANNE E. NELSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:     (202) 307-6484
               (202) 307-2956
               (202) 514-6632
Facsimile:     (202) 307-0054
virginiacronan.lowe@usdoj.gov
lindsay.l.clayton@usdoj.gov
anne.e.nelson@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUTCHINS DRYWALL INC., ) <br> ) <br> Plaintiff & Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> Defendant & Counterclaim Plaintiff. ) <br> ) <br> _____ ) | Civil No. 2:10-cv-497-MMD-VCF <br><br> JOINT MOTION TO TAKE PENDING DATES OFF CALENDAR |

Plaintiff and Counterclaim Defendant Hutchins Drywall, Inc. ("Hutchins") and Defendant and Counterclaim Plaintiff the United States of America ("United States") by and through their undersigned counsel, hereby move the Court to take all pending dates off calendar while the parties work towards a settlement of this matter. The parties submit the following in support of this motion:

1. Hutchins submitted a written offer to the United States to settle this suit. The parties are still

-1-

negotiating the specific terms with regard to a possible settlement. In order to consider the offer, it was necessary for the United States to request additional information from the Internal Revenue Service. The Internal Revenue Service is in the process of obtaining the requested information.

    2. The Court amended the scheduling order on July 5, 2012, and in accordance with the order the following deadlines are currently in effect:

| | |
|---|---|
| Discovery Cut-Off Date | November 21, 2012 |
| Fed.R.Civ.P. 26(a)(2) Disclosures (Rebuttal Experts) | October 22, 2012 |
| Dispositive Motions | January 7, 2012 |
| Pre-trial Order | February 4, 2012 |

    3. Following the Tax Division's procedures for reviewing a settlement offer in this type of case, after trial counsel makes their recommendation of the offer, it will go to the Chief of the Trial Section. If the Trial Section believes the offer merits acceptance, it will recommend acceptance of the offer and forward it to the Office of Review of the Tax Division. If the Office of Review believes the offer merits acceptance, it will recommend acceptance of the offer and then forward it to the Assistant Attorney General of the Tax Division. If the Assistant Attorney General of the Tax Division believes the offer merits acceptance, it will recommend acceptance of the offer and forward it to the Associate Attorney General for final action.

    4. Because of the several steps involved, the procedures described in paragraph 3, above, may take several months to complete.

    5. Accordingly, the parties request that this Court stay this case and immediately suspend all deadlines so that the parties can work on a settlement of this matter without incurring any additional costs and expenses associated with trial preparation.

    6. If the settlement offer is ultimately accepted, the parties will jointly move for dismissal of this action with prejudice.

    7. The parties suggest that the Court order that the parties submit a joint status report in ninety (90) days, in the event that the parties have not yet jointly moved for dismissal of this action by that time.

8. Although the Court has allowed the parties several extensions of the scheduling order, this is the first request for a stay of this action by the parties. The parties make this motion in good faith and for the purpose of attempting to resolve this action through settlement, without incurring any further costs, and not for purposes of delay.

Dated: October 18, 2012

| BAILUS COOK & KELESIS, LTD. | KATHRYN KENEALLY |
| --- | --- |
| | Assistant Attorney General |
| | |
| */s/ George P. Kelesis* | */s/ Virginia Cronan Lowe* |
| GEORGE P. KELESIS, ESQ. | VIRGINIA CRONAN LOWE |
| Nevada State Bar No. 000069 | LINDSAY L. CLAYTON |
| 400 South Fourth Street, Suite 300 | ANNE E. NELSON |
| Las Vegas, Nevada 89101 | Trial Attorneys, Tax Division |
| *Attorneys for Plaintiff/Counterclaim Defendant* | U.S. Department of Justice |
| | P.O. Box 683 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | |
| | Of Counsel: |
| | DANIEL BOGDEN |
| | United States Attorney |
| | |
| | *Attorneys for Defendant/ Counterclaim plaintiff* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUTCHINS DRYWALL INC., ) | Civil No. 2:10-cv-497-MMD-VCF |
| Plaintiff & Counterclaim Defendant, ) | |
| v. ) | ORDER |
| UNITED STATES OF AMERICA ) | |
| Defendant & Counterclaim Plaintiff. ) | |

Upon consideration of the Joint Motion To Take Pending Dates Off Calendar, and for good cause shown,

IT IS HEREBY ORDERED that the scheduled dates set forth in the Order Extending Case Deadlines (Dkt. No. 40) are taken off calendar and this action is stayed;

IT IS FURTHER ORDERED that the parties shall file a Joint Status Report on or before January 21, 2013.

Dated: 10-22-2012

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE