KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
LINDSAY L. CLAYTON
ANNE E. NELSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 307-6484
              (202) 307-2956
              (202) 514-6632
Facsimile:    (202) 307-0054
virginiacronan.lowe@usdoj.gov
lindsay.l.clayton@usdoj.gov
anne.e.nelson@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUTCHINS DRYWALL INC., ) <br> ) <br> Plaintiff & Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> Defendant & Counterclaim Plaintiff. ) <br> ) <br> _____ ) | Civil No. 2:10-cv-497-MMD-VCF <br><br> JOINT STATUS REPORT |

Plaintiff and Counterclaim Defendant Hutchins Drywall, Inc. ("Hutchins") and Defendant and Counterclaim Plaintiff the United States of America ("United States") by and through their undersigned counsel, pursuant to the Order entered October 22, 2012, hereby submit the following:

1. Hutchins submitted a written offer to the United States to settle this suit.

2. On October 22, 2012, pursuant to the Joint Motion to Take Pending Dates off Calendar, the

-1-

1  Court entered a stay of this action and required the parties to file a joint status report on or before January
2  15, 2013.

3      3. In order to fully consider the offer submitted by Hutchins, the United States requested that
4  Hutchins submit additional documents.  Hutchins complied with this request and the United States has
5  forwarded the additional documents to the Internal Revenue Service for review.

6      4. As set forth in more detail in the Joint Motion to Take Pending Dates off Calendar, due to the
7  monetary amount involved in this case, a settlement has to go through several layers of review within the
8  Department of Justice.

9      5. Accordingly, the parties request a continuing stay of this case so that the parties can work on a
10  settlement of this matter without incurring any additional costs and expenses associated with trial
11  preparation.

12      6. Given this status, the parties respectfully request that the Court set an April 21, 2013 deadline
13  for a status report on the continued progress toward a final resolution, in the event that the parties have
14  not jointly move for dismissal of this action with prejudice.

15      7. The parties make this request in good faith and for the purpose of attempting to resolve this
16  action through settlement, without incurring any further costs, and not for purposes of delay.

17  Dated: January 18, 2013

19  BAILUS COOK & KELESIS, LTD.                                    KATHRYN KENEALLY
                                                                   Assistant Attorney General

21   /s/ George P. Kelesis                                          /s/ Virginia Cronan Lowe
    GEORGE P. KELESIS, ESQ.                                        VIRGINIA CRONAN LOWE
22  Nevada State Bar No. 000069                                    LINDSAY L. CLAYTON
    400 South Fourth Street, Suite 300                             ANNE E. NELSON
23  Las Vegas, Nevada 89101                                        Trial Attorneys, Tax Division
    *Attorneys for Plaintiff/Counterclaim Defendant*               U.S. Department of Justice

25                                                                 Of Counsel:
                                                                   DANIEL BOGDEN
26                                                                 United States Attorney
                                                                   *Attorneys for Defendant/*
27                                                                 *Counterclaim plaintiff*

-2-

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUTCHINS DRYWALL INC., ) <br> ) <br> Plaintiff & Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> Defendant & Counterclaim Plaintiff. ) <br> ) | Civil No. 2:10-cv-497-MMD-VCF <br><br> ORDER |

Upon consideration of the Joint Status Report, and for good cause shown,

IT IS HEREBY ORDERED that the stay entered in this case (Dkt No. 43) remains in effect and the parties shall file a Joint Status Report on or before April 21, 2013.

Dated: January 20, 2013

UNITED STATES ~~MAGISTRATE~~ JUDGE