UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUTCHINS DRYWALL INC., ) <br> ) <br> Plaintiff & Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> Defendant & Counterclaim Plaintiff. ) <br> ) | Civil No. 2:10-cv-497-MMD-VCF <br><br> ORDER |

Upon consideration of the Joint Status Report, and for good cause shown,

IT IS HEREBY ORDERED that the stay entered in this case (Dkt No. 43) remains in effect and the parties shall file a Joint Status Report on or before July 22, 2013.

Dated: April 24, 2013

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE