KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
LINDSAY L. CLAYTON
ANNE E. NELSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 307-6484
              (202) 307-2956
              (202) 514-6632
Facsimile:    (202) 307-0054
virginiacronan.lowe@usdoj.gov
lindsay.l.clayton@usdoj.gov
anne.e.nelson@usdoj.gov


Of Counsel:
DANIEL BOGDEN
United States Attorney

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUTCHINS DRYWALL INC., <br><br> Plaintiff & Counterclaim Defendant, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant & Counterclaim Plaintiff. | Civil No. 2:10-cv-497-APG-VCF <br><br> STIPULATION FOR DISMISSAL |

    Plaintiff and Counterclaim Defendant Hutchins Drywall, Inc. and Defendant and Counterclaim Plaintiff the United States of America by and through their undersigned counsel, hereby stipulate that the complaint and counterclaim in the above-entitled case be dismissed with prejudice, the parties to bear

/ / /

/ / /

-1-

their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: **Aug. 7**, 2013

| | |
|---|---|
| BAILUS COOK & KELESIS, LTD. | KATHRYN KENEALLY<br>Assistant Attorney General |
| *[signature]*<br>GEORGE P. KELESIS, ESQ.<br>Nevada State Bar No. 000069<br>517 South 9th Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff/Counterclaim Defendant* | *[signature]*<br>VIRGINIA CRONAN LOWE<br>LINDSAY L. CLAYTON<br>ANNE E. NELSON<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044<br><br>Of Counsel:<br>DANIEL BOGDEN<br>United States Attorney<br>*Attorneys for Defendant/Counterclaim Pl.* |

IT IS SO ORDERED.

Dated: August 20, 2013.

_____
UNITED STATES DISTRICT JUDGE

-2-